UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| NAKIA SPROUSE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 2:22-CV-247-PPS-JPK ) |
| ADVANCE FUNDS NETWORK LLC, | ) ) ) |
| Defendant. | ) |

## ORDER

Plaintiff's Notice of Voluntary Dismissal [DE 6], pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**. By the voluntary dismissal, the case is **CLOSED**.

**SO ORDERED.**

ENTERED: December 8, 2022.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT